PROB 12C
(6/16)

Report Date:  May 13, 2021

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**May 14, 2021**

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Alexsandra Mendoza         Case Number: 0980 4:21CR06001-SAB-1

Address of Offender:

Name of Sentencing Judicial Officer:  The Honorable Nelva Gonzales Ramos, U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Stanley A. Bastian, Chief U.S. District Judge

Date of Original Sentence: July 22, 2020

Original Offense:         Transportation of an Undocumented Alien, 8 U.S.C. § 1324

Original Sentence:      Prison - 10 months;           Type of Supervision: Supervised Release
                        TSR - 24 months

Asst. U.S. Attorney:    Richard C. Burson            Date Supervision Commenced: December 21, 2020

Defense Attorney:       Federal Defenders            Date Supervision Expires: December 20, 2022

## PETITIONING THE COURT

To issue a warrant.

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation Number          Nature of Noncompliance

**Violations 1-3 preface, combined for brevity:**

On July 22, 2020, Ms. Mendoza was sentenced in the Southern District of Texas to a term of imprisonment of 10 months with a term of 2 years supervised release to follow. On December 21, 2020, Ms. Mendoza completed her term of imprisonment and released to the Eastern District of Washington to reside with her parents and minor children. On January 26, 2021, jurisdiction from the Southern District of Texas was transferred to the Eastern District of Washington.

On December 23, 2020, per COVID-19 procedures, the conditions of supervision were reviewed with Ms. Mendoza, to include special condition number 1 and standard condition number 2, as noted below. Ms. Mendoza verbally acknowledged a full understanding of all the conditions of supervised release.

Ms. Mendoza was referred to Merit Resource Services (Merit) for urinalysis testing and for a substance abuse evaluation. Ms. Mendoza was instructed to call the color line at Merit daily, Monday through Friday, and to report for drug testing if her assigned color, brown, was called.

Prob12C
**Re: Mendoza, Alexsandra**
**May 13, 2021**
**Page 2**

On April 6, 2021, a violation report was submitted to the Court requesting conditions of supervision to be modified with the consent of the offender after Ms. Mendoza failed to report for drug testing and admitting to using methamphetamine, cocaine, and marijuana. The Court concurred with the recommendation to modify the conditions of supervision to include entering and completing inpatient substance abuse treatment and recommended aftercare. After the Court's approval, the imposed condition was reviewed with Ms. Mendoza, to include special condition number 3, as noted below.

1    **Special Condition # 1**:**Substance Abuse Treatment and Testing**: You must participate in an outpatient substance-abuse treatment program and follow the rules and regulations of that program. The probation officer will supervise your participation in the program, including the provider, location, modality, duration, and intensity. You must pay the costs of the program, if financially able.

You may not possess any controlled substances without a valid prescription. If you do have a valid prescription, you must follow the instructions on the prescription.

You must submit to substance-abuse testing to determine if you have used a prohibited substance, and you must pay the costs of the testing if financially able. You may not attempt to obstruct or tamper with the testing methods.

You may not knowingly purchase, possess, distribute, administer, or otherwise use any psychoactive substances, including synthetic marijuana or bath salts, that impair a person's physical or mental functioning, whether or not intended for human consumption, except as with the prior approval of the probation officer.

**Supporting Evidence**: Alexsandra Mendoza is considered to be in violation of her term of supervised release by using a controlled substance, methamphetamine, on or about April 6 and 12, 2021, and by failing to report for substance abuse testing on May 6, 2021.

On April 6, 2021, Ms. Mendoza reported to Merit for urinalysis testing. This drug test was positive for methamphetamine and marijuana. On April 12, 2021, Ms. Mendoza reported to Merit for urinalysis testing. This drug test was positive for methamphetamine and marijuana. Merit staff sent the drug tests to Alere Toxicology Services for confirmation.

On April 20, 2021, the Alere Toxicology Services laboratory report was received confirming the urinalysis test results for marijuana collected on April 6 and 12, 2021. On April 28, 2021, the Alere Toxicology Services laboratory report was received confirming the positive results for methamphetamine for the urinalysis tests collected on April 6 and 12, 2021.

On April 27, 2021, and May 7, 2021, Ms. Mendoza admitted to the undersigned officer to using methamphetamine and marijuana on an ongoing basis.

On May 7, 2021, Merit reported Ms. Mendoza failed to report for drug testing when her assigned color, brown, was called on May 6, 2021.

| | | |
|---|---|---|
| 2 | | **Standard Condition # 2**: After initially reporting to the probation office, you will receive instructions from the court or the probation officer about how and when you must report to the probation officer, and you must report to the probation officer as instructed. |

**Supporting Evidence**: Alexsandra Mendoza is considered to be in violation of her term of supervised release by failing to report to the probation officer by telephone on May 10, 2021.

On February 16, 2021, Ms. Mendoza was instructed to report weekly by telephone on Monday's. On May 10, 2021, Ms. Mendoza did not report by telephone. On May 11, 2021, the undersigned officer attempted to make telephonic contact with Ms. Mendoza; however, she did not answer.

3   **Special Condition # 3**: You must participate in an inpatient substance abuse treatment program and any recommended aftercare. You must follow the rules and regulations of the treatment program. The probation officer will supervise your participation in the program (provider, location, modality, intensity, etc.). You must pay the costs of the program if financially able.

**Supporting Evidence**: Alexsandra Mendoza is considered to be in violation of her term of supervised release by failing to enter inpatient substance abuse treatment on May 11, 2021.

On March 30, 2021, Ms. Mendoza completed an updated substance abuse assessment at Merit and the recommended treatment was inpatient substance abuse treatment. The Merit counselor secured a bed date for Ms. Mendoza to enter inpatient treatment at American Behavioral Health Systems (ABHS) on May 11, 2021. The Merit counselor advised Ms. Mendoza of this scheduled bed date on May 6, 2021. The undersigned officer also informed Ms. Mendoza of this scheduled bed date on May 7, 2021.

On May 12, 2021, the Merit counselor confirmed with ABHS that Ms. Mendoza failed to enter inpatient substance abuse treatment as scheduled on May 11, 2021. This same date, Ms. Mendoza left a voice message to the undersigned officer indicating she is refusing to enter to inpatient treatment.

The U.S. Probation Office respectfully recommends the Court issue a warrant requiring the defendant to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   May 13, 2021

s/Elizabeth Lee

Elizabeth Lee
U.S. Probation Officer

Prob12C
Re: Mendoza, Alexsandra
May 13, 2021
Page 4

THE COURT ORDERS

[ ]  No Action
[X]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[ ]  Other

*Stanley A. Bastian*

Signature of Judicial Officer

5/14/2021

Date