PROB 12C
(6/16)

Report Date: December 20, 2021

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Dec 20, 2021

SEAN F. MCAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Alexsandra Mendoza                Case Number: 0980 4:21CR06001-SAB-1

Address of Offender:                                Kennewick, Washington 99336

Name of Sentencing Judicial Officer:  The Honorable Nelva Gonzales Ramos, U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Stanley A. Bastian, Chief U.S. District Judge

Date of Original Sentence: July 22, 2020

| | | |
|---|---|---|
| Original Offense: | Transportation of an Undocumented Alien, 8 U.S.C. § 1324 | |
| Original Sentence: | Prison - 10 months; TSR - 24 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Richard C. Burson | Date Supervision Commenced: December 21, 2020 |
| Defense Attorney: | Alex B. Hernandez, III. | Date Supervision Expires: December 20, 2022 |

## PETITIONING THE COURT

To issue a warrant.

The probation officer believes that the offender has violated the following conditions of supervision:

Violation Number         Nature of Noncompliance

**Violations 1-5 preface, combined for brevity:**

On July 22, 2020, Ms. Mendoza was sentenced in the Southern District of Texas to a term of imprisonment of 10 months with a term of 2 years supervised release to follow. On December 21, 2020, Ms. Mendoza completed her term of imprisonment and released to the Eastern District of Washington, to reside with her parents and minor children. On January 26, 2021, jurisdiction from the Southern District of Texas was transferred to the Eastern District of Washington.

On December 23, 2020, per COVID-19 pandemic procedures, the conditions of supervision were reviewed with Ms. Mendoza, to include special condition number 1 and standard condition numbers 2, 8, and 9, as noted below. Ms. Mendoza verbally acknowledged a full understanding of all the conditions of supervised release.

On April 6, 2021, a violation report was submitted to the Court requesting conditions of supervision be modified with the consent of the offender after Ms. Mendoza failed to report for drug testing and admitted to using methamphetamine, cocaine, and marijuana. The Court concurred with the recommendation to modify the conditions of supervision to include

Prob12C
**Re: Mendoza, Alexsandra**
**December 20, 2021**
**Page 2**

entering and completing inpatient substance abuse treatment and recommended aftercare. After the Court's approval, the imposed condition was reviewed with Ms. Mendoza, to include special condition number 3, as noted below.

On November 22, 2021, the conditions of supervision were reviewed again with Ms. Mendoza which she signed and by doing so she acknowledged a full understanding. Ms. Mendoza was referred to Merit Resource Services (Merit), for urinalysis testing and a substance abuse evaluation. Ms. Mendoza was instructed to call the color line at Merit daily, Monday through Friday, and to report for drug testing if her assigned color, brown, was called.

1      **Special Condition #1**: You must participate in an outpatient substance-abuse treatment program and follow the rules and regulations of that program. The probation officer will supervise your participation in the program, including the provider, location, modality, duration, and intensity. You must pay the costs of the program, if financially able.

You may not possess any controlled substances without a valid prescription. If you do have a valid prescription, you must follow the instructions on the prescription.

You must submit to substance abuse testing to determine if you have used a prohibited substance, and you must pay the costs of the testing if financially able. You may not attempt to obstruct or tamper with the testing methods.

You may not knowingly purchase, possess, distribute, administer, or otherwise use any psychoactive substances, including synthetic marijuana or bath salts, that impair a person's physical or mental functioning, whether or not intended for human consumption, except as with the prior approval of the probation officer.

**Supporting Evidence**: Alexsandra Mendoza is considered to be in violation of her term of supervised release by using a controlled substances, methamphetamine and marijuana, on or about November 30, and December 3, 6, and 15, 2021; and by using marijuana on or about December 13, 2021.

On December 6, 2021, Ms. Mendoza reported to the probation office as previously instructed by the undersigned officer. During this office visit, Ms. Mendoza admitted to the undersigned officer she went to a friend's house and used methamphetamine and marijuana on or about December 3, 2021. Ms. Mendoza reported she relapsed because she was stressed over her son being incarcerated. Ms. Mendoza signed a drug use admission form.

Ms. Mendoza reported to Merit to complete a drug test on this same date as her assigned color was called. On December 7, 2021, Merit staff reported this drug test was presumptive positive for methamphetamine and marijuana. Merit staff sent this drug test to Abbott Laboratory for confirmation and the drug test report is pending. Merit staff reported Ms. Mendoza admitted to using methamphetamine and marijuana, on or about November 30, 2021, which was the same date Ms. Mendoza completed a substance abuse evaluation.

On December 9, 2021, Ms. Mendoza reported to the probation office as instructed by the undersigned officer. During this office visit, Ms. Mendoza admitted to using methamphetamine and marijuana, on or about December 6, 2021. Ms. Mendoza was

Prob12C
**Re: Mendoza, Alexsandra**
**December 20, 2021**
**Page 3**

instructed to complete a drug test and the test results were presumptive positive for methamphetamine, amphetamine, and marijuana. Ms. Mendoza signed a drug use admission form. This drug test was sent to Abbott Laboratory for confirmation and the drug test report is pending.

On December 14, 2021, the undersigned officer made telephonic contact with Ms. Mendoza. During this contact, Ms. Mendoza admitted to using marijuana on December 13, 2021.

On December 15, 2021, Ms. Mendoza called the undersigned officer to report she completed a drug test at Merit on this same date and the drug test results were positive for marijuana and methamphetamine. Ms. Mendoza admitted to the undersigned officer she had relapsed again and used marijuana and methamphetamine. Merit staff sent this drug test to Abbott Laboratory for confirmation and the drug test report is pending.

2   **Standard Condition #8**: You must be truthful when responding to the questions asked by the probation officer.

**Supporting Evidence**: Alexsandra Mendoza is considered to be in violation of her term of supervised release by not being truthful about her living arrangements on or about December 7, 2021.

On December 6, 2021, Ms. Mendoza reported to the probation office. During this office visit, Ms. Mendoza reported to the undersigned officer she was living at her parents' house at the address listed above.

On December 7, 2021, the undersigned officer and U.S. Probation Officer David McCary went to Ms. Mendoza's reported address to complete a home visit. A family member reported Ms. Mendoza had not been staying at this address for the past 7 days. This same date, Ms. Mendoza called the undersigned officer and left a voice message stating she was not at the house when this officer stopped by because she had gone to look for employment.

On December 8, 2021, the undersigned officer returned Ms. Mendoza's phone call. Ms. Mendoza at that time again reported she was living at her parents' address. Ms. Mendoza reported she was sleeping every night at her parents' address when asked by the undersigned officer. During this contact, the undersigned officer instructed Ms. Mendoza to report in person to the probation office on December 9, 2021.

On December 9, 2021, Ms. Mendoza reported to the probation office. During this office visit, Ms. Mendoza at first continued to be dishonest about her living arrangements. After further discussion, Ms. Mendoza later admitted to the undersigned officer she had not been staying at her parents' address and that she had been staying in a room at the Airport Motel in Pasco, Washington.

3   **Standard Condition #9**: You must live at a place approved by the probation officer. If you plan to change where you live or anything about your living arrangements (such as the people you live with), you must notify the probation officer at least 10 calendar days before the change. If notifying the probation officer in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.

Prob12C
**Re: Mendoza, Alexsandra**
**December 20, 2021**
**Page 4**

<u>**Supporting Evidence**</u>: Alexsandra Mendoza is considered to be in violation of her term of supervised release by failing to report a change in address on or about December 7, 2021.

On December 6, 2021, Ms. Mendoza reported to the probation office. During this office visit, Ms. Mendoza reported to the undersigned officer she was living at her parents' house at the address listed above.

On December 7, 2021, the undersigned officer and U.S. Probation Officer David McCary went to Ms. Mendoza's reported address to complete a home visit. A family member reported Ms. Mendoza had not been staying at this address for the past 7 days. That same date, Ms. Mendoza called the undersigned officer and left a voice message stating she was not at the house when this officer stopped by because she had gone to look for employment.

On December 8, 2021, the undersigned officer returned Ms. Mendoza's phone call. Ms. Mendoza at this time again reported she was living at her parents' address. Ms. Mendoza reported she was sleeping every night at her parents' address when asked by the undersigned officer. During this contact, the undersigned officer instructed Ms. Mendoza to report in person to the probation office on December 9, 2021.

On December 9, 2021, Ms. Mendoza reported to the probation office. During this office visit, Ms. Mendoza admitted to the undersigned officer she had not been staying at her parents' address and that she had been staying in a room at the Airport Motel in Pasco, and she was able to have a church pay for the room.

4   **Standard Condition #2:** After initially reporting to the probation office, you will receive instructions from the court or the probation officer about how and when you must report to the probation officer, and you must report to the probation officer as instructed.

<u>**Supporting Evidence**</u>: Alexsandra Mendoza is considered to be in violation of her terms of supervised release by failing to report to the probation office as instructed on December 13, 2021.

On December 9, 2021, Ms. Mendoza reported to the probation office. During this contact, the undersigned officer instructed Ms. Mendoza to report weekly in person to the probation office until she entered inpatient treatment. The undersigned officer directed Ms. Mendoza to report back to the probation office on December 13, 2021, at 10 a.m. The undersigned officer gave Ms. Mendoza a business card with written reporting instructions. Ms. Mendoza took the business card and verbalized understanding the reporting instructions.

On December 13, 2021, Ms. Mendoza did not report to the probation office as instructed. Ms. Mendoza called the undersigned officer and left multiple voice messages stating she did not report on this date because she overslept and she had not been feeling well. Later that same date, Ms. Mendoza left another voice message stating she had been calling this officer and this officer had not answered her calls, so she was just going to go to the office as she did not want a warrant. However, Ms. Mendoza did not report to the probation office on that day.

On December 14, 2021, the undersigned officer made telephonic contact with Ms. Mendoza. During this contact, Ms. Mendoza reported she used marijuana on December 13, 2021,

which she believes is the reason why she felt sick, and why she did not report that day as required.

5    **Special Condition # 3**: You must participate in an inpatient substance abuse treatment program and any recommended aftercare. You must follow the rules and regulations of the treatment program. The probation officer will supervise your participation in the program (provider, location, modality, intensity, etc.). You must pay the costs of the program if financially able.

**Supporting Evidence**: Alexsandra Mendoza is considered to be in violation of her term of supervised release by failing to comply with inpatient substance abuse treatment on or about December 17, 2021.

On November 30, 2021, Ms. Mendoza completed a substance abuse assessment at Merit. On December 7, 2021, Merit staff reported to the undersigned officer that Ms. Mendoza reported to Merit and she reported currently dealing with various family issues. Therefore, due to the family issues, Merit was going to recommend Ms. Mendoza enter intensive outpatient treatment. That same date, Merit reported Ms. Mendoza was scheduled to attend a results appointment earlier at 10 a.m. Ms. Mendoza was not present for this appointment. She later made telephonic contact with Merit to report she missed the appointment because she overslept and requested to reschedule.

Ms. Mendoza was rescheduled for a results appointment at Merit on December 8, 2021. Merit staff reported the new recommendation would be for Ms. Mendoza to enter inpatient treatment due to her continued drug use since the assessment was completed. Merit staff reported there was immediate bed openings for inpatient treatment at this time, should Ms. Mendoza be willing to enter.

On December 8, 2021, Ms. Mendoza called the undersigned officer to report she attended the results appointment at Merit, on this same date. She reported Merit recommended inpatient substance abuse treatment and Ms. Mendoza stated she was willing to enter inpatient treatment. On December 9, 2021, Ms. Mendoza reported to the undersigned officer she did not have a scheduled bed date to enter inpatient treatment; however, she was ready to enter inpatient treatment and that transportation would not be a problem.

On December 14, 2021, the undersigned officer contacted Merit to follow up on Ms. Mendoza's bed date for inpatient treatment. Merit staff reported The Center, which is located in Wenatchee, Washington, had immediate open bed dates; however, the facility required Ms. Mendoza to call the facility herself to verbally commit to taking her medications for diabetes before the facility would schedule a bed date. Merit staff reported this was communicated to Ms. Mendoza on December 13, 2021. Merit staff also reported Ms. Mendoza indicated she had all her medications and was ready to enter inpatient treatment.

Later that same day, the undersigned officer made telephonic contact with Ms. Mendoza. Ms. Mendoza confirmed Merit informed her of the inpatient facility requirement for her to call the facility. Ms. Mendoza reported she called the facility, but she was told she needed to have all her medications and she was instructed to call the facility back when she had the

necessary medications. Ms. Mendoza reported she scheduled a doctor's appointment for December 15, 2021, at Miramar Health Center to obtain the medications. Ms. Mendoza was instructed to call the undersigned officer after this appointment.

On December 15, 2021, Ms. Mendoza called the undersigned officer following her doctor appointment. She reported she could not get all her medications on this date. She was scheduled for another appointment with a mental health provider, and for a follow up with her medical provider on December 17, 2021.

On December 17, 2021, Ms. Mendoza called the undersigned officer to report she did not attend this appointment because she overslept. Ms. Mendoza reported she called Miramar Health Center to try to reschedule this appointment for a later time on this same date; however, because she sounded sick and she coughed while she was on the telephone with the provider, she was told she could not be seen on this date because she sounded like she had COVID-19 related symptoms. Ms. Mendoza reported she was then rescheduled for an appointment on December 22, 2021. The undersigned officer instructed Ms. Mendoza to complete a COVID-19 test and to provide the test results. On December 18, 2021, Ms. Mendoza provided the COVID-19 test results showing a negative result.

To date, Ms. Mendoza has not complied with entering inpatient treatment and has provided various reasons as noted above for why she has not done so. Meanwhile, Ms. Mendoza continues to use drugs and is not receiving any substance abuse services.

The U.S. Probation Office respectfully recommends the Court issue a warrant requiring the offender to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    December 20, 2021

s/Elizabeth Lee

Elizabeth Lee
U.S. Probation Officer

THE COURT ORDERS

[ ]  No Action
[X]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[ ]  Other

Signature of Judicial Officer

12/20/2021
Date