PROB 12C
(6/16)

Report Date: January 3, 2022

## United States District Court

for the

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jan 03, 2022

SEAN F. McAVOY, CLERK

Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Alexsandra Mendoza                Case Number: 0980 4:21CR06001-SAB-1

Last Known Address of Offender:                     Kennewick, Washington 99336

Name of Sentencing Judicial Officer: The Honorable Nelva Gonzales Ramos, U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Stanley A. Bastian, Chief U.S. District Judge

Date of Original Sentence: July 22, 2020

| | | |
|---|---|---|
| Original Offense: | Transportation of an Undocumented Alien, 8 U.S.C. § 1324 | |
| Original Sentence: | Prison - 10 months; TSR - 24 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Richard C. Burson | Date Supervision Commenced: December 21, 2020 |
| Defense Attorney: | TBD | Date Supervision Expires: December 20, 2022 |

## PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 12/20/2021.

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation Number    Nature of Noncompliance

6    **Additional Special Conditions of Supervision - Substance Abuse Treatment and Testing:** You must participate in an outpatient substance-abuse treatment program and follow the rules and regulations of that program. The probation officer will supervise your participation in the program, including the provider, location, modality, duration, and intensity. You must pay the costs of the program, if financially able.

You may not possess any controlled substances without a valid prescription. If you do have a valid prescription, you must follow the instructions on the prescription.

You must submit to substance abuse testing to determine if you have used a prohibited substance, and you must pay the costs of the testing if financially able. You may not attempt to obstruct or tamper with the testing methods.

You may not knowingly purchase, possess, distribute, administer, or otherwise use any psychoactive substances, including synthetic marijuana or bath salts, that impair a person's physical or mental functioning, whether or not intended for human consumption, except as with the prior approval of the probation officer.

Prob12C
**Re: Mendoza, Alexsandra**
**January 3, 2022**
**Page 2**

**Supporting Evidence**: Alexsandra Mendoza is considered to be in violation of her term of supervised release by using a controlled substance, methamphetamine, on or about December 26, and 27, 2021; and by using marijuana on or before December 29, 2021.

On July 22, 2020, Ms. Mendoza was sentenced in the Southern District of Texas to a term of imprisonment of 10 months and 2 years supervised release to follow. On December 21, 2020, Ms. Mendoza completed her term of imprisonment and released to the Eastern District of Washington, to reside with her parents and minor children. On January 26, 2021, jurisdiction from the Southern District of Texas was transferred to the Eastern District of Washington.

On December 23, 2020, per COVID-19 pandemic procedures, the conditions of supervision were reviewed with Ms. Mendoza, to include special conditions noted above. Ms. Mendoza verbally acknowledged a full understanding of all the conditions of supervised release.

On November 22, 2021, the conditions of supervision were reviewed again with Ms. Mendoza which she signed and by doing so she acknowledged a full understanding. Ms. Mendoza was referred to Merit Resource Services (Merit), for urinalysis testing and a substance abuse evaluation. Ms. Mendoza was instructed to call the color line at Merit daily, Monday through Friday, and to report for drug testing if her assigned color, brown, was called.

On December 28, 2021, Ms. Mendoza reported to Merit for drug testing as her assigned color was called. This drug test result was presumptive positive for amphetamine, methamphetamine, and marijuana. Ms. Mendoza admitted to using methamphetamine and marijuana, and signed a drug use admission form while she was in the office at Merit.

On December 29, 2021, the undersigned officer made telephonic contact with Ms. Mendoza. During this telephone contact, Ms. Mendoza admitted to using methamphetamine on or about December 26, 2021. Ms. Mendoza also admitted to the undersigned officer to using marijuana daily, every few hours. The undersigned officer instructed Ms. Mendoza to report to the probation office on December 30, 2021.

On December 30, 2021, Ms. Mendoza reported to the probation office. During this office contact the undersigned officer instructed Ms. Mendoza to complete a drug test. The offender's drug test was presumptive positive for marijuana and methamphetamine. This drug test was sent to Abbott Laboratory and the drug test report is pending. Ms. Mendoza admitted to using methamphetamine on or about December 27, 2021.

7    **Additional Special Conditions of Supervision - Mental Health Treatment:** You must participate in a mental-health treatment program and follow the rules and regulations of that program. The probation officer, in consultation with the treatment provider, will supervise your participation in the program, including the provider, location, modality, duration, and intensity. You must pay the cost of the program, if financially able.

You must take all mental-health medications that are prescribed by your treating physician. You must pay the costs of the medication, if financially able.

Prob12C
**Re: Mendoza, Alexsandra**
**January 3, 2022**
**Page 3**

**Supporting Evidence**: Alexsandra Mendoza is considered to be in violation of her term of supervised release by refusing to take her prescribed mental health medications on or about December 29, 2021.

On July 22, 2020, Ms. Mendoza was sentenced in the Southern District of Texas to a term of imprisonment of 10 months and 2 years supervised release to follow. On December 21, 2020, Ms. Mendoza completed her term of imprisonment and released to the Eastern District of Washington, to reside with her parents and minor children. On January 26, 2021, jurisdiction from the Southern District of Texas was transferred to the Eastern District of Washington.

On December 23, 2020, per COVID-19 pandemic procedures, the conditions of supervision were reviewed with Ms. Mendoza, to include the special condition noted above. Ms. Mendoza verbally acknowledged a full understanding of all the conditions of supervised release.

On November 22, 2021, all the conditions of supervision were reviewed again with Ms. Mendoza which she signed and by doing so she acknowledged a full understanding.

On December 28, 2021, Merit staff reported Ms. Mendoza was refusing to take her prescribed medication, therefore, it would be extremely difficult to secure a bed date for inpatient treatment facilities as long as Ms. Mendoza was refusing to take her medication.

On December 29, 2021, the undersigned officer made telephonic contact with Ms. Mendoza. During this telephone contact, Ms. Mendoza reported to the undersigned officer that she was not willing to take her prescribed mental health medication because she did not like the way the medication made her feel.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    January 3, 2022

s/Elizabeth Lee

Elizabeth Lee
U.S. Probation Officer

Prob12C
Re: Mendoza, Alexsandra
January 3, 2022
Page 4

THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[ ] The Issuance of a Summons
[X] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case.
[X] Defendant to appear before the Magistrate Judge.
[ ] Other

_____
Signature of Judicial Officer

1/3/22
Date