PROB 12C
(6/16)

Report Date: April 26, 2022

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Apr 26, 2022

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Alexsandra Mendoza  Case Number: 0980 4:21CR06001-SAB-1

Last Known Address of Offender: ▇▇▇▇▇▇▇▇ Kennewick, Washington 99336

Name of Sentencing Judicial Officer: The Honorable Nelva Gonzalez Ramos, U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Stanley A. Bastian, Chief U.S. District Judge

Date of Original Sentence: July 22, 2020

Original Offense:         Transportation of an Undocumented Alien, 8 U.S.C. § 1324

Original Sentence:        Prison - 10 months                  Type of Supervision: Supervised Release
                          TSR - 24 months

Revocation Sentence:      Prison-Credit for time served
(April 20, 2022)          (69 days)
                          TSR- 33 month

Asst. U.S. Attorney:      Richard C. Burson                   Date Supervision Commenced: April 20, 2022

Defense Attorney:         Alex B. Hernandez, III              Date Supervision Expires: January 19, 2025

### PETITIONING THE COURT

To issue a warrant.

On April 25, 2022, all the conditions of supervision were reviewed with Ms. Mendoza. The conditions of supervision reviewed with Ms. Mendoza are the same conditions of supervision that were previously reviewed with Ms. Mendoza on December 23, 2020, and on November 22, 2021, while serving a previous term of supervised release.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition # 5**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |
| | **Supporting Evidence**: Alexsandra Mendoza is considered to be in violation of her term of supervised release by having used controlled substances, methamphetamine and marijuana, on or before April 23, 2022. |

Prob12C
Re: Mendoza, Alexsandra
April 26, 2022
Page 2

On April 25, 2022, Ms. Mendoza reported to the probation office. During this office visit, Ms. Mendoza admitted to the undersigned officer to having used methamphetamine and marijuana on two separate occasions with her last drug use being on or before April 23, 2022. Ms. Mendoza signed a drug use admission form.

2    **Special Condition # 3**: You must undergo a substance abuse evaluation and, if indicated by a licensed/certified treatment provider, enter into and successfully complete an approved substance abuse treatment program, which could include inpatient treatment and aftercare upon further order of the court. You must contribute to the cost of treatment according to your ability to pay. You must allow full reciprocal disclosure between the supervising officer and treatment provider.

**Supporting Evidence**: Alexsandra Mendoza is considered to be in violation of her term of supervised release by failing to comply with outpatient substance abuse treatment on or about April 25, 2022.

On April 12, 2022, Ms. Mendoza entered intensive outpatient substance abuse treatment at Merit Resource Services (Merit). On April 25, 2022, Ms. Mendoza reported to the probation office. During this office visit, Ms. Mendoza reported to the undersigned officer that she stopped attending treatment sessions at Merit. She last attended a treatment class on April 19, 2022, and at this time she is not interested in resuming outpatient treatment services. The undersigned officer made telephonic contact with Merit staff on this same date. Merit staff confirmed Ms. Mendoza is currently in non-compliance with her treatment plan as she last attended a scheduled treatment session on April 19, 2022, and Ms. Mendoza has not made contact to resume services.

The U.S. Probation Office respectfully recommends the Court issue a warrant requiring the defendant to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   April 26, 2022

s/Elizabeth Lee

Elizabeth Lee
U.S. Probation Officer

---

THE COURT ORDERS

[ ]  No Action
[X]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[ ]  Other

Signature of Judicial Officer

4/26/2022
Date