PROB 12C
(6/16)

Report Date: June 10, 2022

# United States District Court

**for the**

**Eastern District of Washington**

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 10, 2022

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Alexsandra Mendoza       Case Number: 0980 4:21CR06001-SAB-1

Last Known Address of Offender: ▮▮▮▮

Name of Sentencing Judicial Officer:  The Honorable Nelva Gonzalez Ramos, U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Stanley A. Bastian, Chief U.S. District Judge

Date of Original Sentence: July 22, 2020

| | | | |
|---|---|---|---|
| Original Offense: | Transportation of an Undocumented Alien, 8 U.S.C. § 1324 | | |
| Original Sentence: | Prison - 10 months<br>TSR - 24 months | Type of Supervision: | Term of Supervised Release |
| Revocation Sentence:<br>(April 20, 2022) | Prison-Credit for time served (69 days)<br>TSR- 33 months | | |
| Asst. U.S. Attorney: | Richard C. Burson | Date Supervision Commenced: | April 20, 2022 |
| Defense Attorney: | Alex B. Hernandez, III | Date Supervision Expires: | January 19, 2025 |

### PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 04/26/2022.

On April 25, 2022, all the conditions of supervision were reviewed with Ms. Mendoza, to include standard conditions number 10, as noted below. Ms. Mendoza signed a copy of her conditions of supervision and she was provided with a signed copy. The conditions of supervision reviewed with Ms. Mendoza are the same conditions of supervision that were previously reviewed with Ms. Mendoza on December 23, 2020, and on November 22, 2021, while serving a previous term of supervised release.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 3 | **Standard Condition # 10**: You must not own, possess, or have access to a firearm, ammunition, destructive device, or dangerous weapon (i.e., anything that was designed, or was modified for, the specific purpose of causing bodily injury or death to another person, such as nunchakus or tasers). |
| | **Supporting Evidence**: Alexsandra Mendoza is considered to be in violation of her term of supervised release by being in possession of a dangerous weapon on or about June 3, 2022. |

Prob12C
Re: Mendoza, Alexsandra
June 10, 2022
Page 2

On June 3, 2022, a Franklin County Sheriff's Deputy was dispatched to a reckless driver whose vehicle information matched the vehicle the defendant was seen driving. Ms. Mendoza was identified as the driver and she was the sole occupant in the vehicle. The Franklin County Sheriff's Deputy confirmed Ms. Mendoza had an active U.S. Marshals warrant and assisted Ms. Mendoza out of the vehicle. Two knives fell onto the ground as Ms. Mendoza walked toward the rear of the vehicle. The Franklin County Sheriff's Deputy observed a large black handle screwed into the side of the center console of the vehicle, which was about 8 inches long, concealed and resembled a machete. A large green knife resembling a hatchet or a dagger was also observed inside the vehicle. In all, five knives were observed inside the vehicle.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   June 10, 2022

s/Elizabeth Lee

Elizabeth Lee
U.S. Probation Officer

## THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[X]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[X]  Defendant to appear before the Magistrate Judge.
[ ]  Other

Stanley A. Bastian
Signature of Judicial Officer

6/10/2022
Date