PROB 12C
(6/16)

Report Date: January 12, 2023

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jan 13, 2023

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Alexsandra Mendoza     Case Number: 0980 4:21CR06001-SAB-1

Last Known Address of Offender: ▮▮▮▮▮▮▮▮▮▮ Kennewick, Washington 99336

Name of Sentencing Judicial Officer: The Honorable Nelva Gonzalez Ramos, U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Stanley A. Bastian, Chief U.S. District Judge

Date of Original Sentence: July 22, 2020

| | |
|---|---|
| Original Offense: | Transportation of an Undocumented Alien, 8 U.S.C. § 1324 |
| Original Sentence: | Prison - 10 months<br>TSR - 24 months |
| | Type of Supervision: Supervised Release |
| Revocation Sentence:<br>(April 20, 2022) | Prison-Credit for time served (69 days)<br>TSR-33 months |
| Revocation Sentence:<br>(June 22, 2022) | Prison-6 months<br>TSR- 27 months |
| Asst. U.S. Attorney: | Richard C. Burson |
| | Date Supervision Commenced: December 2, 2022 |
| Defense Attorney: | Alex B. Hernandez, III |
| | Date Supervision Expires: March 1, 2025 |

## PETITIONING THE COURT

To issue a **warrant**.

On December 6, 2022, all the conditions of supervision were reviewed with Ms. Mendoza. The conditions of supervision reviewed with Ms. Mendoza are the same conditions of supervision that were previously reviewed with her on December 23, 2020; November 22, 2021; and on April 25, 2022, while serving a previous term of supervised release.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition # 5**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.<br><br>**Supporting Evidence**: Alexsandra Mendoza is considered to be in violation of her term of supervised release by having used a controlled substance, methamphetamine, on or about December 3, 2022. |

Prob12C
Re: Mendoza, Alexsandra
January 12, 2023
Page 2

        On December 6, 2022, Ms. Mendoza reported to the U.S. Probation Office as previously instructed. During this office visit, Ms. Mendoza admitted to the undersigned officer to having used methamphetamine on or about December 3, 2022. Ms. Mendoza signed a drug use admission form.

2      **Special Condition # 5**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

        **Supporting Evidence**: Alexsandra Mendoza is considered to be in violation of her term of supervised release by having used a controlled substance, methamphetamine, and marijuana on or about December 17, 2022.

        On December 19, 2022, Ms. Mendoza reported to the U.S. Probation Office and admitted to the undersigned officer to having to used methamphetamine and marijuana on or about December 17, 2022. This drug test was packaged and sent to Abbott Laboratory and the probation office later received the results confirming a positive result for methamphetamine and marijuana.

3      **Special Condition # 5**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

        **Supporting Evidence**: Alexsandra Mendoza is considered to be in violation of her term of supervised release by having used a controlled substance, methamphetamine, on or before December 22, 2022.

        On December 22, 2022, Ms. Mendoza reported to the U.S. Probation Office. During this office visit, Ms. Mendoza completed a drug test which was presumptive positive for amphetamine and methamphetamine. Ms. Mendoza denied any drug use since on or about December 17, 2022, which she previously admitted to the undersigned officer. This drug test was packaged and sent to Abbott Laboratory for confirmation. The U.S. Probation Office later received the laboratory report confirming a positive result for amphetamine and methamphetamine.

4      **Special Condition # 5**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

        **Supporting Evidence**: Alexsandra Mendoza is considered to be in violation of her term of supervised release by using a controlled substance, cocaine, on or before December 22, 2022.

        On December 22, 2022, Ms. Mendoza reported to the U.S. Probation Office. During this office visit, Ms. Mendoza completed a drug test which was presumptive positive for cocaine. Ms. Mendoza denied using cocaine. This drug test was packaged and sent to Abbott

Prob12C
**Re: Mendoza, Alexsandra**
**January 12, 2023**
**Page 3**

Laboratory for confirmation. The U.S. Probation Office later received the laboratory report confirming a positive result for cocaine.

5     **Standard Condition #4:** You must be truthful when responding to the questions asked by your probation officer.

**Supporting Evidence**: Alexsandra Mendoza is considered to be in violation of her term of supervised release by not being truthful about her drug use when questioned by the probation officer on or about December 22, 2022.

On December 22, 2022, the undersigned officer questioned Ms. Mendoza about drug use. Ms. Mendoza denied any drug use since on or about December 17, 2022, which she previously admitted to the undersigned officer. Ms. Mendoza completed a drug test which was presumptive positive for cocaine, amphetamine and methamphetamine. This drug test was packaged and sent to Abbott Laboratory for confirmation. The U.S. Probation Office later received the laboratory report confirming a positive result for cocaine, amphetamine and methamphetamine.

6     **Special Condition # 5**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: Alexsandra Mendoza is considered to be in violation of her term of supervised release by having used a controlled substance, methamphetamine, on or about December 24, 2022

On December 27, 2022, Ms. Mendoza reported to the U.S. Probation Office. During this office visit, Ms. Mendoza admitted to the undersigned officer to having used methamphetamine on or about December 24, 2022.

7     **Special Condition # 5**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: Alexsandra Mendoza is considered to be in violation of her term of supervised release by having used a controlled substance, methamphetamine, on or about January 3, 2023.

On January 5, 2023, Ms. Mendoza reported to the U.S. Probation Office. During this office visit, Ms. Mendoza admitted to the undersigned officer to having used methamphetamine on or about January 3, 2023. Ms. Mendoza signed a drug use admission form.

8     **Special Condition # 5**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

Prob12C
Re: Mendoza, Alexsandra
January 12, 2023
Page 4

**Supporting Evidence**: Alexsandra Mendoza is considered to be in violation of her term of supervised release by having used a controlled substance, marijuana, on or about January 5, 2023.

On January 5, 2023, Ms. Mendoza reported to the U.S. Probation Office. During this office visit, Ms. Mendoza admitted to the undersigned officer to having used marijuana earlier that same date. Ms. Mendoza signed a drug use admission form.

9    **Standard Condition #4:** You must be truthful when responding to the questions asked by your probation officer.

**Supporting Evidence**: Alexsandra Mendoza is considered to be in violation of her term of supervised release by not being truthful about her residence when questioned by the probation officer on or about January 6, 2023.

On January 6, 2023, the undersigned officer made telephonic contact with Ms. Mendoza. The undersigned officer questioned Ms. Mendoza about her living arrangements. Ms. Mendoza reported she was living with her parents and she was staying there on a nightly basis. Later on January 10, 2023, the undersigned officer made telephonic contact with Ms. Mendoza's mother who reported the defendant "comes and goes." Ms. Mendoza was not truthful about her living arrangements when questioned by the undersigned officer as her mother reported the defendant stays at her residence on an on-and-off basis.

10    **Standard Condition #5:** You must live at a place approved by the probation officer. If you plan to change where you live or anything about your living arrangements (such as the people you live with), you must notify the probation officer at least 10 days before the change. If notifying the probation officer in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.

**Supporting Evidence**: Alexsandra Mendoza is considered to be in violation of her term of supervised release by failing to report a change in address on or before January 10, 2023.

On January 10, 2023, the undersigned officer made telephonic contact with Ms. Mendoza's mother who reported the defendant "comes and goes" and the last time the defendant spent the night at her residence, 3213 West 2nd Avenue, Kennewick, Washington, was about 2 days ago. Ms. Mendoza did not report a change in address as required. Ms. Mendoza's current living arrangements are unknown.

11    **Special Condition #4:** You must participate in an inpatient substance abuse treatment program and any recommended aftercare. You must follow the rules and regulations of the treatment program. The probation officer will supervise your participation in the program (provider, location, modality, intensity, etc.). You must pay the costs of the program if financially able.

**Supporting Evidence**: Alexsandra Mendoza is considered to be in violation of her term of supervised release by failing to enter inpatient substance abuse treatment as instructed on January 10, 2023.

    Ms. Mendoza was scheduled to enter inpatient substance abuse treatment at American Behavioral Health System (ABHS) on January 10, 2023. The undersigned officer made telephonic contact with Ms. Mendoza the morning of January 10, 2023. During this contact, she confirmed she had everything she needed to enter inpatient treatment. Ms. Mendoza failed to enter inpatient substance abuse treatment as scheduled.

12   **Standard Condition # 2:** After initially reporting to the probation office, you will receive instructions from the court or the probation officer about how and when you must report to the probation officer, and you must report to the probation officer as instructed.

    **Supporting Evidence**: Alexsandra Mendoza is considered to be in violation of her term of supervised release by failing to report to the undersigned officer by telephone as instructed on January 10, 2023.

    On January 10, 2023, Ms. Mendoza sent the undersigned officer a text message telling the undersigned officer to not bother her family by harassing them because they do not know what is happening with her either, and that she did show up, did not like it, she did not want it either, and bye for good. The undersigned officer called Ms. Mendoza immediately after receiving her text message and she did not answer. The undersigned officer left Ms. Mendoza a voice message instructing her to call the undersigned officer on this same date. Ms. Mendoza failed to report by telephone as instructed.

The U.S. Probation Office respectfully recommends the Court issue a warrant requiring the defendant to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   January 12, 2023

s/Elizabeth Lee

Elizabeth Lee
U.S. Probation Officer

---

## THE COURT ORDERS

[ ] No Action
[X] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] Other

*Stanley A. Bastian*

Signature of Judicial Officer

1/13/2023

Date