PROB 12C
(6/16)

Report Date: May 3, 2023

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**May 04, 2023**

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Alexsandra Mendoza          Case Number: 0980 4:21CR06001-SAB-1

Last Known Address of Offender: ▇▇▇▇▇▇▇▇  Kennewick, Washington 99336

Name of Sentencing Judicial Officer:  The Honorable Nelva Gonzalez Ramos, U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Stanley A. Bastian, Chief U.S. District Judge

Date of Original Sentence: July 22, 2020

| | | |
|---|---|---|
| Original Offense: | Transportation of an Undocumented Alien, 8 U.S.C. § 1324 | |
| Original Sentence: | Prison - 10 months<br>TSR - 24 months | Type of Supervision: Supervised Release |
| Revocation Sentence:<br>(April 20, 2022) | Prison- Credit for time served (69 days)<br>TSR- 33 months | |
| Revocation Sentence:<br>(June 22, 2022) | Prison- 6 months<br>TSR- 27 months | |
| Asst. U.S. Attorney: | Todd Swenson | Date Supervision Commenced: December 2, 2022 |
| Defense Attorney: | Alex B. Hernandez, III | Date Supervision Expires: March 1, 2025 |

### PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on January 12, 2023.

On December 6, 2022, all the conditions of supervision were reviewed with Ms. Mendoza, to include mandatory condition number 1, as noted below.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 13 | **Mandatory Condition #1**: You must not commit another federal, state or local crime.<br><br>**Supporting Evidence**: Alexsandra Mendoza is considered to be in violation of her term of supervised release by failing to obey all laws and committing the crime of narcotic drugs, controlled substances possession prisoner local/county corrections, or about February 26, 2023. |

Prob12C
Re: Mendoza, Alexsandra
May 3, 3023
Page 2

According to the Franklin County Sheriffs Office case report number 2023-00002941, on February 25, 2023, a Franklin County Sheriff's Deputy was contacted by the Franklin County Jail staff in reference to a narcotics investigation after an inmate had attempted to transfer the suspected narcotics, fentanyl, to another inmate. The fentanyl pill found was wrapped in plastic under a lunch tray.

The following day on February 26, 2023, Franklin County Jail staff searched Ms. Mendoza and found a clear plastic wrap in her stomach roll containing what appeared to be 15 to 20 blue pills. These pills were believed to be fentanyl. Some of the pills appeared to have been crushed up and the substance was very powdery and blue in color. This color was consistent with the blue pill that was found the previous day when one inmate attempted to transfer the suspected fentanyl pill to another inmate.

This state matter is pending, Franklin County Superior Court case number 23-1-50100-11.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: May 3, 2023

s/Elizabeth Lee

Elizabeth Lee
U.S. Probation Officer

THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[ ] The Issuance of a Summons
[X] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case.
[X] Defendant to appear before the Magistrate Judge.
[ ] Other

_Stanley A. Bastian_
Signature of Judicial Officer

5/4/2023
Date